IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** | : | No. 02-CV-4821 |
| | : | |
| v. | : | |
| | : | |
| **SMALL ROLLER, INC. d/b/a SMALL ROLLER et al.** | : | |

**O R D E R**

_____AND NOW, this \_\_\_\_ day of November, 2002, upon review of the record, the Court notes that the file contains no proof of service upon Defendants Smaller Roller, Inc. d/b/a Small Roller, Esrick O. Copeland, and Glenda J. Copeland.  The Court further notes that no entry of appearance or pleading has been filed on behalf of Defendants in the above-captioned action.  Because it does not appear that service of the Complaint has been timely made within the 120 days of filing of the Complaint, it is hereby ORDERED and DECREED that pursuant to Fed. R. Civ. P. 4(m) Plaintiff Kingvision Pay-Per-View Corp show cause within fourteen (14) days of the date of this Order why this action should not be dismissed without prejudice for lack of timely service.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**