IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.<br>501 Fairway Drive<br>Deerfield Beach, Fl 33441<br><br>     Plaintiff,<br><br>v.<br><br>SMALL ROLLER, INC.<br>d/b/a SMALL ROLLER<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>and<br>Esrick O. Copeland<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>and<br>Glenda J. Copeland<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>     Defendants | Civil Action No. 02-CV-4821 |

PLAINTIFF'S MOTION FOR ENLARGEMENT
OF TIME TO SERVE THE COMPLAINT

Plaintiff, by and through counsel, hereby files this motion to enlarge the time for service of the complaint. This motion is based upon the following:

1. On or about July 19,2002, counsel for Plaintiff, filed a complaint.

2. On July 31, 2002, the complaint and Summons was served upon the defendant by Mr. Ernest Cannon.

3. On or about August 6, 2002, counsel for Plaintiff mailed to the court the original signed Summons. See attached Exhibit A.

4. Counsel for Plaintiff was informed that the case would be dismissed for lack of service.

5. The only record counsel has that the Defendants were served are copies of the Summons and an Affidavit of Service from Server Ernest Cannon dated December 9, 2002, stating his service of the Defendant. See Exhibit B.

6. Plaintiff, will reserve the Defendants since the Summons have not been docketed as filed.

7. Plaintiff requests that the Court enlarge the time to serve the complaint.

8. No prior extensions have been granted in this action.

WHEREFORE, Plaintiff prays that serve is enlarged for twenty days in order that new Summons and Complaint can be prepared for service upon the Defendants.

Respectfully submitted:

SHARON N. HARVEY, ESQUIRE
HARPER & PAUL
140 West Maplewood Avenue
Philadelphia, PA 19144
(215) 844-4848

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.  )<br>501 Fairway Drive                                     )<br>Deerfield Beach, Fl 33441                        )<br>      Plaintiff,                                          )<br>                                                            )<br>v.                                                             )<br>SMALL ROLLER, INC.                            )<br>d/b/a SMALL ROLLER                           )<br>2310 Cecil B. Moore Boulevard           )<br>Philadelphia, PA 19121                         )<br>and                                                          )<br>Esrick O. Copeland                              )<br>2310 Cecil B. Moore Boulevard           )<br>Philadelphia, PA 19121                         )<br>and                                                          )<br>Glenda J. Copeland                              )<br>2310 Cecil B. Moore Boulevard           )<br>Philadelphia, PA 19121                         )<br>      Defendants                                  )  | Civil Action No. 02-CV-4821 |

CERTIFICATE OF SERVICE

      I, SHARON N. HARVEY, hereby certify that on December 9, 2002, I served a true and correct copy of the foregoing Plaintiff's Motion to Enlarge The Time For Service on Defendants by regular first class mail to:

    Small Roller, Inc.,                                  Esrick O. Copeland
    2310 Cecil B. Moore Blvd                  2310 Cecil B. Moore Blvd
    Philadelphia, PA 19121                       Philadelphia, PA 19121

    Glenda J. Copeland
    2310 Cecil B. Moore Blvd
    Philadelphia, PA 19121

                                         SHARON N. HARVEY, Esquire
                                         ATTY ID 44992
                                         HARPER & PAUL
                                         140 West Maplewood Avenue
                                         Philadelphia, PA 19144

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. )<br>501 Fairway Drive )<br>Deerfield Beach, Fl 33441 )<br> )<br>    Plaintiff, )<br> ) <br>v. )<br> )<br>SMALL ROLLER, INC. )<br>d/b/a SMALL ROLLER )<br>2310 Cecil B. Moore Boulevard )<br>Philadelphia, PA 19121 )<br>and )<br>Esrick O. Copeland )<br>2310 Cecil B. Moore Boulevard )<br>Philadelphia, PA 19121 )<br>and )<br>Glenda J. Copeland )<br>2310 Cecil B. Moore Boulevard )<br>Philadelphia, PA 19121 )<br>    Defendants ) | Civil Action No. 02-CV-4821 |

ORDER

Upon consideration of the Motion to Enlarge Time for Service filed by Plaintiff thereto, the papers having been read it is this _____ day of _____, 2002, by the United Stated District Court for the Eastern District of Pennsylvania. Plaintiff Motion is HEREBY GRANTED. Plaintiff has twenty (20) days from the date of this Order to serve and file Return of Service.

                                                                                                              J.