**EXHIBIT A**

## SUMMONS IN A CIVIL ACTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.<br><br>v.<br><br>SMALL ROLLER, INC. and Esrick O. Copeland and Glenda J. Copeland | CIVIL ACTION NO. 02-4821<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Owner/ Manager<br>Small Roller, Inc.<br>2310 Cecil B. Moore Blvd.<br>Philadelphia, PA 19121 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

| Plaintiff's Attorney (Name and Address) | |
|---|---|
| Ronald J. Harper, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 | Sharon N. Harvey, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 19, 2002 |
|---|---|
| (By) Deputy Clerk<br><br>Tashia C. Irving | |

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/31/02 |
| NAME OF SERVER (PRINT) ERNEST SCANNORD | TITLE Civil Complaint |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2310 Cecil B. Moore Ave

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| CAL | Civil Complaint | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/02         _Ernest A Cann_
              Date             Signature of Server

              1315 Walnut Street
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.<br><br>v.<br><br>SMALL ROLLER, INC. and Esrick O. Copeland and Glenda J. Copeland | CIVIL ACTION NO. 02-4821<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Esrick O. Copeland<br>2310 Cecil B. Moore Blvd.<br>Philadelphia, PA 19121 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

| Plaintiff's Attorney (Name and Address) | |
|---|---|
| Ronald J. Harper, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 | Sharon N. Harvey, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 19, 2002 |
|---|---|
| (By) Deputy Clerk<br><br>Tashia C. Irving | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/31/02 |
| NAME OF SERVER (PRINT) ERNEST S CANNON | TITLE Civil Complaint |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____ Cecil B Moore Ave____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Car | SERVICES Civil Complaint | TOTAL $45.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/02          Ernest S Cannon
             Date              Signature of Server

             1315 Walnut Street
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.<br><br>v.<br><br>SMALL ROLLER, INC. and Esrick O. Copeland and Glenda J. Copeland | CIVIL ACTION NO. 02-4821<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Glenda J. Copeland<br>2310 Cecil B. Moore Blvd.<br>Philadelphia, PA 19121 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

| Plaintiff's Attorney (Name and Address) | |
|---|---|
| Ronald J. Harper, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 | Sharon N. Harvey, Esq.<br>Harper & Paul<br>140 W. Maplewood Avenue<br>Philadelphia, PA 19144 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 19, 2002 |
|---|---|

(By) Deputy Clerk

Tashia C. Irving

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/31/02 |
| NAME OF SERVER (PRINT) ERNEST S CANNON | TITLE Complaint |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2316 Cecil B Moore Ave

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL CAR | SERVICES Civil Complaint | TOTAL $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/02           _____
                Date              Signature of Server

1315 Walnut Street Phila 19105
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD.<br>501 Fairway Drive<br>Deerfield Beach, Fl 33441<br><br>    Plaintiff,<br><br>v.<br><br>SMALL ROLLER, INC.<br>d/b/a SMALL ROLLER<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>and<br>Esrick O. Copeland<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>and<br>Glenda J. Copeland<br>2310 Cecil B. Moore Boulevard<br>Philadelphia, PA 19121<br>          Defendants | Civil Action No. 02-CV-4821 |

### AFFIDAVIT OF SERVICE

**COMMONWEALTH OF PENNSYLVANIA**   :
**COUNTY OF PHILADELPHIA**   :

   ERNEST CANNON being duly sworn according to law, deposes and says that he personally serve the Defendants, Small Roller Inc., Esrick O. Copleand and Glenda J. Copleland copies of the Complaint and Summons on July 31, 2002, at 2310 Cecil B. Moore Boulevard, Philadelphia, PA 19121 by serving owner, Esrick O. Copleand.

                                                                /ERNEST CANNON

Sworn to and subscribed
before me this  9th  day
of  December, 2002

                 NOTARY PUBLIC

NOTARIAL SEAL
JOYCE L. PEACE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 18, 2003