## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP.,** | **:** | **No. 02-CV-4821** |
| **LTD.** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **SMALL ROLLER, INC. d/b/a SMALL** | **:** | |
| **ROLLER et al.** | **:** | |

## O R D E R

AND NOW, this ____ day of April, 2003, upon review of the record, the Court notes that

the file reflects service of the Summons and Complaint upon Defendants Esrick O. Copeland,

Glenda J. Copeland, and Smaller Roller, Inc.  The Court further notes that no entry of

appearance,  pleading or other response has been filed on behalf of Defendants in the above-

captioned action.  Within twenty (20) days of the date of this Order, Plaintiff Kingvision Pay-Per-

View Corp. is DIRECTED to request default in accordance with Fed. R. Civ. P. 55.  The failure

to do so may result in an order being entered dismissing this case for lack of prosecution.

**BY THE COURT:**

_____

**CYNTHIA M. RUFE, J.**