IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** | : | No. 02-CV-4821 |
| | : | |
| v. | : | |
| | : | |
| **SMALL ROLLER, INC. d/b/a SMALL ROLLER et al.** | : | |

**O R D E R**

AND NOW, this ____ day of May, 2003, upon review of the record, the Court notes that default has been entered against Defendants Esrick O. Copeland, Glenda J. Copeland, and Smaller Roller, Inc. in accordance with Fed. R. Civ. P. 55(a) due to their failure to appear, plead or otherwise defend.  Within thirty (30) days of the date of this Order, Plaintiff Kingvision Pay-Per-View Corp. is DIRECTED to file a Motion for Default Judgment in accordance with Fed. R. Civ. P. 55(b).  The failure to do so may result in an order being entered dismissing this case for lack of prosecution.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**