IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** | : | No. 02-CV-4821 |
| | : | |
| v. | : | |
| | : | |
| **SMALL ROLLER, INC. d/b/a SMALL ROLLER et al.** | : | |
| | : | |

**O R D E R**

_____AND NOW**,** this \_\_\_\_ day of July, 2003, upon review of the record, the Court notes that default has been entered against Defendants Esrick O. Copeland, Glenda J. Copeland, and Smaller Roller, Inc. in accordance with Fed. R. Civ. P. 55(a) due to their failure to appear, plead or otherwise defend.  The record reflects that Plaintiff Kingvision-Pay-Per-View has failed to comply with the Court's May 30, 2003 Order directing Plaintiff to file within thirty (30) days a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b).  In the event that Plaintiff fails to file a Motion for Default Judgment within ten (10) days of the date of this Order, the above-captioned case shall be dismissed for lack of prosecution.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**