IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP, LTD.** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-4821 |
| V. | : | |
| | : | |
| **SMALL ROLLER, INC., et al.** | : | |

### ORDER FOR HEARING

**AND NOW,** this 6th day of October, 2003, upon consideration of Plaintiff's Motion for Assessment of Damages, it is hereby **ORDERED** that a hearing shall be held on Monday, October 27, 2003, at 10:00 a.m., at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

All parties and counsel are to report to the Fourth Floor for courtroom assignment.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**