IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. | : | No. 02-CV-4821 |
| | : | |
| v. | : | |
| | : | |
| SMALL ROLLER, INC. d/b/a SMALL ROLLER, ESRICK O. COPELAND, and GLENDA J. COPELAND | : : : | |

**O R D E R**

AND NOW, this 4th day of November, 2003, upon consideration of Plaintiff Kingvision Pay-Per-View Corp. Ltd.'s Motion for Default Judgment Pursuant to Rule 55 of the Federal Rules of Civil Procedure [Doc. No. 10], after a hearing thereon, Defendants Small Roller, Inc. d/b/a Small Roller, Esrick O. Copeland, and Glenda J. Copeland's having failed to respond or appear, it is hereby ORDERED that the Motion is GRANTED. Default judgment is entered in favor of Plaintiff Kingvision Pay-Per-View Corp. Ltd. and against Defendants Small Roller, Inc. d/b/a Small Roller, Esrick O. Copeland, and Glenda J. Copeland. The Court hereby awards Plaintiff Kingvision Pay-Per-View Corp. Ltd. $2,000.00 (Two Thousand dollars) in statutory damages pursuant to 47 U.S.C. § 605, plus $1,275.00 (One Thousand Two Hundred and Seventy-Five dollars) in attorney's fees, and $190.00 (One Hundred and Ninety dollars) in court costs.

The Clerk of this Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**